IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

| | | |
|---|---|---|
| M.G., et al, | : | |
| Plaintiff(s), | : | Civil No. 08-4019(RBK) |
| v. | : | |
| EASTERN REGIONAL HIGH SCHOOL DISTRICT, | : | |
| Defendant(s). | : | |

# O R D E R

**THIS MATTER HAVING** come before this court upon the Remand from the United States Court of Appeals for the Third Circuit, and the court having filed an Opinion this day explaining the reasons for its findings,

**IT IS ON THIS** ___31st___ day of January, 2012, **ORDERED** that plaintiff's counsel, Jamie Epstein, Esq., be and is hereby awarded counsel fees at the hourly rate of $250.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge